# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John R. Payne, Sr.  | CHAPTER 13
     Debtor(s) |
| BKY. NO. 13-20611 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association, as successor Trustee to State Street Bank and Trust Company as Trustee for the benefit of the holders of Bear Stearns Structured Securities,Inc. Mortgage Pass-Through Certificates Series 1997-2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7208

    Respectfully submitted,

    **/s/Thomas Puleo, Esquire**
    Thomas Puleo, Esquire
    Brian C. Nicholas, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 825-6306  FAX (215) 825-6406