# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 13-20611-ELF

JOHN R. PAYNE, SR.

51 E. 22ND STREET

CHESTER, PA 19013

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  JOHN R. PAYNE, SR.

  51 E. 22ND STREET

  CHESTER, PA 19013

Counsel for debtor(s), by electronic notice only.

  DAVID B. SPITOFSKY ESQUIRE
  LAW OFFICES OF DAVID SPITOFSKY
  516 SWEDE ST
  NORRISTOWN, PA 19401-

                                    /S/ William C. Miller

Date: 3/9/2017                    _____

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee