# **IN THE UNITED STATES BANKRUPTCY COURT**
# **FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Payne, John R. Sr.   aka Payne, John R. | CHAPTER 13
Debtor(s) |
| BKY. NO. 13-20611 ELF

# **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of U.S. Bank National Association, as successor Trustee to State Street Bank and Trust Company as Trustee for the benefit of the holders of Bear Stearns Structured Securities,Inc. Mortgage Pass-Through Certificates Series 1997-2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7208

                                                              Respectfully submitted,

                                                              **/s/Brian C. Nicholas, Esquire**
                                                              Brian C. Nicholas, Esquire
                                                              Thomas Puleo, Esquire
                                                              KML Law Group, P.C.
                                                              701 Market Street, Suite 5000
                                                              Philadelphia, PA 19106-1532
                                                              (215) 825-6306  FAX (215) 825-6406