United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-20611-elf
John R. Payne, Sr.                                                     Chapter 13
        Debtor            **CERTIFICATE OF NOTICE**

District/off: 0313-2            User: YvetteWD            Page 1 of 2            Date Rcvd: Nov 15, 2017
                                Form ID: pdf900            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db            +John R. Payne, Sr.,    51 E. 22nd Street,    Chester, PA 19013-5418
13204839      +AR Resources, Inc.,    1777 Sentry Parkway West,    Blue Bell, PA 19422-2206
13204840      +Arizona Premium Finance,    12406 N. 32nd Street,    Suite 110,    Phoenix, AZ 85032-7147
13204843      +Chase Home Finance, LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
13204845       Crozer Keystone Health System,    P.O. Box 8500-6355,    Philadelphia, PA  19178-6355
13204848     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV, Inc.,    Customer Service,    P.O. Box 70014,
                Boise, ID  83707-0114)
13204834      +David B. Spitofsky, Esquire,    516 Swede Street,    Norristown, PA 19401-4807
13231728      +Delaware County Regional Water,    Quality Control Authority,    100 East 5th Street,
                Chester PA 19013-4508
13204847      +Delcora,    P.O. Box 999,    Chester, PA 19016-0999
13204849       I.C. Systems Collections,    P.O. Box 64378,    Saint Paul, MN  55164-0378
13204850      +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                Philadelphia, PA 19106-1538
13204851      +National Capital Management, LLC,    c/o PRA Receivables Management,    10 Orchard, Suite 100,
                Lake Forest, CA 92630-8308
13204852      +National Medical Imaging,    c/o Metrogroup,    61 Broadway, Ste. 1410,    New York, NY 10006-2758
13204854      +Premier Surgical Orthopedic Assoc.,    2004 Sproul Road,    Broomall, PA 19008-3511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:48     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2017 01:59:18
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2017 01:59:37     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE          +E-mail/Text: duffyk@co.delaware.pa.us Nov 16 2017 01:59:55     Delaware County Tax Claim Bureau,
               201 W. Front Street,    Media, PA 19063-2768
13204837       E-mail/Text: EBNProcessing@afni.com Nov 16 2017 01:59:28     Afni, Inc.,    P.O. Box 3097,
               Bloomington, IL  61702-3097
13204838       E-mail/Text: EBNProcessing@afni.com Nov 16 2017 01:59:28     Afni, Inc.,    P.O. Box 3517,
               Bloomington, IL  61702-3517
13204842      +E-mail/Text: kellyp@ccpdocs.com Nov 16 2017 01:59:56     Cardiology Consultants PH,
               207 N. Broad Street, 3rd Floor,    Philadelphia, PA 19107-1500
13204844      +E-mail/Text: kcarter@creditmanagementcompany.com Nov 16 2017 01:59:35
               Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA  15205-3956
13204846      +E-mail/Text: duffyk@co.delaware.pa.us Nov 16 2017 01:59:55     Delaware County Tax Claim Bur.,
               Government Center Building,    201 W. Front Street,    Media, PA 19063-2708
13204835      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 16 2017 01:59:24     Frederic J. Baker, Esquire,
               Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13204853      +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2017 01:59:06     PECO Energy Company,
               N3-2, Accounts Receivable Grp,    2301 Market Street,    Philadelphia, PA 19103-1338
13261478      +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2017 01:59:06     PECO Energy Company,
               2301 Market Street, S23-1,    Philadelphia, PA 19103-1380,    Attn: Merrick Friel
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, N.A.
13204836*      +John R. Payne, Sr.,    51 E. 22nd Street,    Chester, PA 19013-5418
13204841      ##+Capital Insurance Company,    1180 Welsh Road,    Suite 100,    North Wales, PA 19454-2060
                                                                                               TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: Nov 15, 2017
                              Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, as successor
               Trustee to State Street Bank and Trust Company as Trustee for the benefit of the holders of Bear
               Stearns Structured Securities,Inc. Mortgage Pass-Through C bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SPITOFSKY    on behalf of Debtor John R. Payne, Sr. spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as successor
               Trustee to State Street Bank and Trust Company as Trustee for the benefit of the holders of Bear
               Stearns Structured Securities,Inc. Mortgage Pass-Through C bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com, ecfnotice@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as successor Trustee to
               State Street Bank and Trust Company as Trustee for the benefit of the holders of Bear Stearns
               Structured Securities,Inc. Mortgage Pass-Through C tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN R. PAYNE, SR. | Chapter 13 |
| Debtor | Bankruptcy No. 13-20611-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 15, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
JOHN R. PAYNE, SR.

51 E. 22ND STREET

CHESTER, PA 19013